18

## MADDOX *v.* WILLIS ET AL.

No. 308. Decided October 11, 1965.

*William G. McRae* for appellant.

*Jack Greenberg, James M. Nabrit III* and *Michael Meltsner* for appellees Willis et al. *Acting Solicitor General Spritzer, Assistant Attorney General Doar* and *Harold H. Greene* for appellee Katzenbach.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of jurisdiction.

## EL PASO ELECTRIC CO. *v.* CALVERT ET AL.

No. 395. Decided October 11, 1965.

*William Duncan* for appellant.

*Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Gordon C. Cass* and *H. Grady Chandler,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.